IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | NO. | 16-CV-0738 JAP/SMV |
| | ) | | 09-CR-1741 JAP |
| vs. | ) | | |
| | ) | | |
| **RICHARD GAMBOA,** | ) | | |
| | ) | | |
| Defendant. | ) | | |

ORDER

THIS MATTER having come before the Court on the unopposed motion of the United States of America for an extension of time in which to file an answer to Defendant's Motion Under 18 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, and the Court, being fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the United States' unopposed motion is granted, and the United States shall file answer to Defendant's § 2255 motion on or before October 5, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/ Terri J. Abernathy
TERRI J. ABERNATHY
Assistant United States Attorney
555 S. Telshor Blvd., Ste. 300
Las Cruces, NM 88011
(575) 522-2304

Electronically approved on 8/30/2016 by:
Mario Esparza, Defense Counsel